**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107

January 16, 2018

**Via ECF**
Hon. Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re: **Lafania Murchison v. The Help USA Fund et. al.**
        Case No.: 17-CV-05908 (ALC)

Dear Judge Carter:

  This office represents Plaintiff, Lafania Murchison, in the above-referenced action. Pursuant to Your Honor's December 28, 2017 Order, the parties write jointly to apprise the Court of the status of this matter.

  On October 10, 2017 the Court issued an Order of Automatic Referral to Mediation. Pursuant to the Court's Second Amended Standing Administrative Order for employment discrimination cases, on November 6, 2017, Plaintiff served their Initial Protocols on Defendants and on November 10, 2017, Defendants served Plaintiffs with their document production. The parties were scheduled to appear for mediation before the Court-appointed mediator on January 9, 2018 at 10:30 a.m..

  On or about January 5, 2018, prior to submitting mediation statements, the parties have agreed to a settlement in principle. The Parties expect to have an executed settlement agreement in about 30 days.

  We thank the Court for its attention to this matter, and remain available for further inquiries.

              Respectfully submitted,

                /s/ Marjorie Mesidor
              Marjorie Mesidor, Esq.
              Brittany A. Stevens, Esq.

cc: Jason A. Zoldessy, Esq. (*via* ECF)
   Sarah Katherine Hook (*via* ECF)